Denton Bryan Lessman, Waco, TX, for Defendant–Appellant

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

PER CURIAM:*

Earl Dix appealed an order of October 9, 2014, revoking his conditional release. Dix filed a second notice of appeal on September 4, 2015, from a letter by the district court declining to release him. That followed a recommendation from the warden that Dix be conditionally released as no longer a danger to society.

We have reviewed the briefs, the applicable law, and the pertinent portions of the record and have heard the arguments of counsel. We conclude that the district court did not clearly err in finding that Dix had not taken his medications as pre-scribed by his medical provider. Under 18 U.S.C. § 4243(f), however, the court, having received the determination of the warden, was required either to "order the discharge of the acquitted person ... or ... hold a hearing ... to determine whether he should be released." The court has done neither.

The order complained of is VACATED, and this matter is REMANDED for the district court to take the action that the statute requires. We do not indicate what rulings the court should make on remand.

The mandate shall issue forthwith.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Cecil WILSON, Defendant–Appellant**

No. 15–41138
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 07/07/2016

Ernest Gonzalez, Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee

Cecil Wilson, Pro Se

---

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Cecil Wilson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Wilson has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Wilson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The attorney appointed to represent Guillermo Marcos Villa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villa has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Villa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

